# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Citadel Watford Disposal Partners, L.P., | ) | Case No. 15-11323 (KJC) |
| Et al., | ) | |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | |
| Gavin/Solmonese Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford Disposal Partners, L.P., Et al. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 17-50648 (KJC) |
| | ) | |
| Law Offices of Louis E. Bridges, LLC, a Georgia limited liability company, Defendant | ) | |

**STIPULATION EXTENDING TIME FOR DEFENDANT, LAW OFFICES OF LOUIS E. BRIDGES LLC, TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT**

Plaintiff Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al. (the "Liquidation Trustee") and Defendant, Law Offices of Louis E. Bridges LLC, (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on or about June 19, 2017, the Plaintiff filed the Complaint [Adv. Proc. Docket No. 1] (the "Complaint") commencing the above-captioned adversary proceeding against defendant, Law Offices of Louis E. Bridges LLC ("Defendant");

WHEREAS, on September 15, 2017, Plaintiff served the Complaint and Summons on Defendant;

{12058-001 STI A0487448.DOCX}

19770993v.1

WHEREAS, the initial date by which Defendant is required to answer, move or otherwise respond to the Complaint (the "Answer Deadline") is October 15, 2017; and

WHEREAS, the Parties have stipulated to an extension of the Answer Deadline.

NOW, THEREFORE, IT IS STIPULATED AND AGREED by and between undersigned counsel for the Parties as follows:

1. The Answer Deadline shall be extended, and Defendant shall have through and including November 14, 2017 to answer, move or otherwise respond to the Complaint.

2. The Stipulation is without prejudice to an application for, or stipulation to, further extensions of the Answer Deadline for Defendant.

Dated: October 11, 2017Dated: October 11, 2017

| SHAW FISHMAN GLANTZ & TOWBIN, LLC<br><br>By: /s/ Johnna M. Darby<br>Thomas M. Horan (Bar No. 4641)<br>Johnna M. Darby (Bar No. 5153)<br>300 Delaware Avenue, Suite 1370<br>Wilmington, DE 19801<br>Telephone: (302) 691-3774<br>thoran@shawfishman.com<br>jdarby@shawfishman.com<br><br>Counsel to Gavin/Solmonese Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford Disposal Partners, L.P., et al. | WHITE AND WILLIAMS LLP<br><br>By: /s/ Nicholas R. Wynn<br>John D. Balaguer (DE No. 2537)<br>Nicholas R. Wynn (DE No. 5670)<br>600 N. King Street, Suite 800<br>Wilmington, DE 19801-3722<br>Telephone: (302) 467-4501<br>balaguerj@whiteandwilliams.com<br><br>Counsel for Defendant, Law Offices of Louis E. Bridges, LLC |
|---|---|