IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Citadel Watford City Disposal Partners, L.P., et al.,[1]<br><br>                      Debtor. | Chapter 11<br><br>Case No. 15-11323 (KJC) |
| Gavin/Solmonese, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al.,<br><br>                      Plaintiff,<br><br>                      v.<br><br>Law Offices of Louis E. Bridges, LLC,<br><br>                      Defendant. | Adv. Pro. No. 17-50648 (KJC) |

**STATUS REPORT IN ADVERSARY PROCEEDING**

| Status | Description | Expected Date of Completion of Discovery |
|---|---|---|
| F | Service is complete, and an answer has been filed. Discovery has begun. | October 8, 2018 |

[*REMAINDER OF PAGE LEFT INTENTIONALLY BLANK*]

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266); Citadel Watford City Disposal Partners, LP (1520). The mailing address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

2

Dated: July 9, 2018                              **FOX ROTHSCHILD LLP**

/s/ Johnna M. Darby
Thomas M. Horan (DE Bar No. 4641)
Johnna M. Darby (DE Bar No. 5153)
919 N. Market Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 654-7444
E-mail: thoran@foxrothschild.com
E-mail: jdarby@foxrothschild.com

-and-

Allen J. Guon
Allison Hudson
321 N. Clark Street, Suite 800
Chicago, Illinois 60654
Telephone: (312) 541-0151
E-mail: aguon@foxrothschild.com
Email: ahudson@foxrothschild.com

*Counsel to Gavin/Solmonese LLC, Liquidation Trustee*

2

59300297.v1-7/9/18