## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| | Case No. 15-11323 (KJC) |
| Citadel Watford City Disposal Partners, L.P., et al.,[1] | (Jointly Administered) |
| Debtors. | |
| Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al., | |
| Plaintiff, | |
| v. | Adv. Pro. No. 17-50648 (KJC) |
| | D.I. 11, 18, 25 |
| Law Offices of Louis E. Bridges, LLC, a Georgia limited liability company, | |
| Defendant. | |

## SCHEDULING ORDER

The following schedule shall apply to each of the above-captioned adversary

proceedings (the "Adversary Proceedings").

**IT IS HEREBY ORDERED** that:

1.    Any extension of time to file a responsive pleading is not effective unless approved by

an order of the Court.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

61095327.v1-8/7/18

2. All fact discovery shall be completed on or before December 5, 2018.

3. Pursuant to the General Order Regarding Procedures in Adversary Proceedings entered by the Honorable Mary F. Walrath on April 7, 2004, the parties shall file a Stipulation Regarding Appointment of a Mediator or a statement that the parties cannot agree on a mediator and a request that the Court select and appoint a mediator to the proceeding on or before December 5, 2018.

4. Within sixty (60) days after the entry of an Order Assigning the Adversary Proceeding to Mediation (the "Mediation Order"), the mediator shall either (a) file the mediator's certificate of completion, or, (b) if the mediation is not concluded, file a status report that provides the projected schedule for completion of the mediation.

5. Any expert report required pursuant to Federal Rule 26(a)(2)(B), made applicable to the above-captioned Adversary Proceedings pursuant Bankruptcy Rule 7026, shall be served by the party which bears the burden of proof for that issue, not including any report by Plaintiff on insolvency of the Debtor, no later than January 2, 2019. If the Defendant intends to provide expert testimony regarding the insolvency of the Debtors, any such expert report must be provided no later than January 2, 2019. Any expert report by Plaintiff on the insolvency of the Debtors, as well as any parties' expert report intended to rebut any other expert report, shall be provided no later than January 22, 2019. Defendant shall provide any expert report intended to rebut any report on insolvency by Plaintiff no later than February 4, 2019. All reports shall provide the information required by Federal Rule 26(a)(2)(B). All expert discovery shall be completed, and all discovery shall close, no later than February 11, 2019.

6. All dispositive motions shall be filed and served no later than thirty (30) days after the close of all discovery and shall be subject to Rule 7007-1 of the Local Rules of

2

Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

7.  The Mediation Order shall set the adversary proceeding for trial one hundred twenty days (120) days after the entry of the Order, or as soon thereafter as the Court's calendar permits. The Court may, in its discretion, schedule a pretrial conference in lieu of or in addition to the trial.

8.  The parties shall comply with the General Order Governing Pretrial Procedures in Adversary Proceedings Set for Trial Before Judge Kevin J. Carey. The parties shall file, no later than three (3) business days prior to the date set for Trial, their Joint Pretrial Memorandum approved by all counsel and shall contemporaneously deliver two (2) copies thereof to Judge Carey's chambers.

9.  Plaintiff shall immediately notify Chambers upon the settlement, dismissal or other resolution of any adversary proceeding subject to this Scheduling Order and shall file with the Court appropriate evidence of such resolution as soon thereafter as is feasible. Plaintiff shall file a status report forty-five (45) days after the date of this Scheduling Order, each forty-five (45) days thereafter, and thirty (30), twenty (20), and ten (10) days prior to trial, setting out the status of each unresolved adversary proceeding subject to this Scheduling Order. Plaintiff shall immediately advise Chambers, in writing, of any occurrence or circumstance which Plaintiff believes may suggest or necessitate the adjournment or other modification of the trial setting.

10. Deadlines contained in this Scheduling Order may be extended only by the Court and only upon written motion for good cause shown or consent of the parties to a stipulation, which stipulation must be filed with the Court under certification of counsel.

3

11.     Plaintiff shall serve this Scheduling Order on each Defendant within five (5) business days

after the entry of the Scheduling Order.

Dated: _____, 2018
        Wilmington, DE

**HONORABLE KEVIN J. CAREY**
**UNITED STATES BANKRUPTCY JUDGE**

4